Herman Franck, Esq. (SB # 123476)
Elizabeth Vogel, Esq. (SB # 245772)
Franck & Associates
1801 7th Street, Suite 150
Sacramento, CA 95811
Tel. (916) 447-8400; Fax (916) 447-0720

Attorney for Plaintiffs
Susan Lynn Adams and Robert Barrington

UNITED STATES DISTRICT COURT
ESATERN DISTRICT OF CALIFONIA

| | |
|---|---|
| SUSAN LYNN ADAMS, ROBERT SKIPTON BARRINGTON, SR.<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUTY MICHAEL NOCON, DEPUTY DAVID BRUEGAL, DEPUTY SETO, DEPUTY DAVIS<br>Defendants | Case No.  2:07-CV-2083-FCD-EFB<br><br>ORDER CLARIFYING STATUS (PRETRIAL SCHEDULING) ORDER |

The Court has reviewed Plaintiffs Susan Adams and Robert Barrington's request for a clarification as to the Court's January 25, 2008 Status (Pretrial Scheduling) Order, requesting a clarification as to the due date of the parties' Initial Discovery Disclosures.

GOOD CAUSE APPEARING THEREFORE, the Court hereby ORDERS  that the parties completion and service of Initial Disclosures required by FRCP Rule 26(a)(1) are due on February 25, 2008.

IT IS SO ORDERED:

DATED: February 4, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Order Clarifying Status (Pretrial Scheduling) Order     1