IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN LYNN ADAMS, et al.,

    Plaintiffs,

vs.

DEPUTY MICHAEL NOCON, et al.,

    Defendants.

                       No. CIV S-07-2083 FCD EFB

On March 11, 2008, plaintiff Robert Barrington filed a motion to modify and/or quash subpoenas for employee records served by defendants on organizations that previously employed him. The matter is set for hearing on April 16, 2008. Defendants shall file an opposition, if any, to the motion by not later than April 2, 2008. Plaintiff's reply thereto, if any, shall be due by not later than April 9, 2008.

    SO ORDERED.

DATED: March 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE