IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN LYNN ADAMS, et al.,

      Plaintiffs,

    vs.

DEPUTY MICHAEL NOCON, et al.,

      Defendants.

No. CIV S-07-2083 FCD EFB

ORDER

Presently noticed for hearing on the court's April 30, 2008, law and motion calendar are two discovery motions, both filed by plaintiffs. The first is plaintiffs' motion to quash two subpoenas served by defendants on the former employers of plaintiff Robert Barrington. Those subpoenas seek Barrington's full employment files from each former employer, i.e., the San Francisco Police Department and a private law firm.

The second motion is plaintiffs' motion "for disclosure of peace officers' personnel records." That motion is purportedly made pursuant to state law rules of civil procedure, and in effect seeks to compel compliance with subpoenas served by plaintiffs on the San Joaquin County Sheriff's Department. The first set of subpoenas seek specific portions of the four named deputy defendants' personnel files. In addition, another subpoena was served on the San Joaquin County Sheriff's Department's Internal Affairs Unit, and demands disclosure of internal

1 investigations into the events giving rise to the present litigation.  In sum, plaintiffs allege that
2 the defendant deputies used excessive force against Barrington, unlawfully searched his home
3 and seized several valuable items therefrom.  Plaintiffs further allege that the deputies retaliated
4 against plaintiff Adams for her failure to provide evidence against Barrington on charges of
5 domestic violence.  Plaintiffs allege that the retaliation included, among other things, shooting
6 bullets into Adams' home and setting her barn on fire.

7 On April 21, 2008, the parties submitted a stipulation and proposed order providing that
8 each would bring all records responsive to the various subpoenas to the hearing in order for the
9 court to conduct an *in camera* review thereof and determine the relevance of documents in each
10 file.  The court declines to approve the stipulation.

11 The parties are proceeding on the assumption that the court will apply state rules of civil
12 procedure and evidence to the current discovery disputes.  That is not a safe assumption.
13 Further, the court notes that plaintiff's second motion is not made pursuant to any federal rule,
14 and that defendants have declined to file an opposition to that motion (perhaps based on the
15 assumption that none is required under state law procedures).  The court will address these
16 matters and the merits of the motions themselves at the April 30, 2008, hearing.  The court
17 reserves ruling on the appropriateness of an *in camera* review under the circumstances.

18   SO ORDERED.
19 DATED:  April 23, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2