DANA A. SUNTAG (California State Bar #125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:    (209) 943-0905
Dana@Suntag-Feuerstein.com

MATTHEW P. DACEY (California State Bar #196943)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
 OF SAN JOAQUIN
County of San Joaquin
Courthouse - Room 711
222 East Weber Avenue
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUSAN LYNN ADAMS, et al.,                )   **No. 2:07-CV-2083-FCD-EFB**
                                         )
      Plaintiffs,                      )   **STIPULATION AND ORDER RE**
                                         )   **SETTLEMENT OF PLAINTIFFS'**
      v.                               )   **MOTION TO QUASH AND**
                                         )   ***PITCHESS* MOTION AND**
DEPUTY MICHAEL NOCON, et al.,            )   **REMOVAL OF THE MOTIONS**
                                         )   **FROM THE COURT'S CALENDAR**
      Defendants.                      )
                                         )   **Date: May 14, 2008**
                                         )   **Time: 10:00 a.m.**
_____ )   **Place: Courtroom 25**

           WHEREAS, on or about February 21, 2008, Defendants' counsel issued

subpoenas for the production of personnel records relating to Plaintiff Robert Barrington

to (1) the San Francisco Police Department and (2) the law firm Goldstein & Gellman

("Defendants' Subpoenas");

STIPULATION AND ORDER RE SETTLEMENT
OF PLAINTIFFS' MOTION TO QUASH
AND *PITCHESS* MOTION

1

WHEREAS, on or about March 11, 2008, Plaintiffs filed motions to quash Defendants' Subpoenas, which motion is currently scheduled to be heard on May 14, 2008;

WHEREAS, on or about March 13, 2008, Plaintiffs' counsel issued subpoenas for the production of personnel records and other documents relating to Defendants to (1) the San Joaquin County Sheriff's Department, and (2) San Joaquin County Sheriff's Department employee Lieutenant Marty Lamie, and on March 20, 2008, Plaintiffs filed a Motion for Disclosure of Peace Officers' Personnel Records ("*Pitchess*" motion) relating to the same documents, which motion is scheduled to be heard on May 14, 2008;

WHEREAS, as a result of the motions, no documents or information has been produced to the parties to this case by the subpoenaed parties; and

WHEREAS, the parties wish to resolve both motions;

IT IS STIPULATED AND AGREED, by the parties, through their undersigned counsel of record, as follows:

1.      The parties agree to have both motions decided by a private third party neutral (the "Neutral"), at the expense of the parties. Each of the parties and their counsel shall use good faith efforts promptly to agree on the selection of the Neutral. The ruling of the Neutral shall be binding on the parties and the subpoenaed parties and nonappealable and nonreviewable.

2.      As a result of this Stipulation, each of the Motions shall be withdrawn and the hearings removed from the Court's calendar. Plaintiffs reserve the right to renotice the motions only if the parties cannot locate and agree on a Neutral. Any such motion must be brought pursuant to the terms of the district judge's scheduling order.

STIPULATION AND ORDER RE SETTLEMENT
OF PLAINTIFFS' MOTION TO QUASH
AND *PITCHESS* MOTION

3.    ~~To the extent that any of the subpoenaed parties have already~~ ~~submitted their documents to the Court, the parties request that the Court release such~~ ~~documents to be delivered to the Neutral, the arrangements for which shall be made by~~ ~~the parties.~~  The parties shall be responsible for delivering the documents to the Neutral.  Plaintiffs shall make all arrangements for the records of the San Francisco Police Department and Goldstein & Gellman to be delivered to the Neutral.

Dated:  May 9, 2008                         SUNTAG & FEUERSTEIN
                                            A Professional Corporation


                                            By:   /s/ Dana A. Suntag
                                                  DANA A. SUNTAG
                                                  Attorneys for Defendants

Dated:  May 9, 2008                         MAYALL, HURLEY, KNUTSEN, SMITH
                                            & GREEN


                                            By:   /s/ Mark Berry
                                                  MARK BERRY
                                                  Attorneys for COUNTY OF SAN
                                                  JOAQUIN and LIEUTENANT
                                                  MARTY LAMIE

Dated:  May 9, 2008                         FRANCK AND ASSOCIATES


                                            By:   /s/ Herman Franck
                                                  HERMAN FRANCK
                                                  Attorneys for Plaintiffs

O R D E R

Approved as modified, and so ordered.

Dated: May 9, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE SETTLEMENT
OF PLAINTIFFS' MOTION TO QUASH                    3
AND *PITCHESS* MOTION