DANA A. SUNTAG (California State Bar #125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:    (209) 943-0905
Dana@Suntag-Feuerstein.com

MATTHEW P. DACEY (California State Bar #196943)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
 OF SAN JOAQUIN
County of San Joaquin
Courthouse - Room 711
222 East Weber Avenue
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LYNN ADAMS, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>DEPUTY MICHAEL NOCON, et al.,<br><br>   Defendants.<br>_____ | **No. 2:07-CV-2083-FCD-EFB**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF EXPERT DISCLOSURE DATES AND EXPERT DISCOVERY CUT OFF DATE** |

1  WHEREAS, on or about August 5, 2008, the parties entered into a
2  stipulation to extend various dates, including the discovery cut off date and expert
3  witness disclosure and expert witness discovery cut off dates, which stipulation was so
4  ordered by the Court by its Amended Status (Pretrial Scheduling) Order dated
5  August 12, 2008;
6  WHEREAS, the parties have engaged in substantial discovery, including
7  the production of thousands of pages of documents, numerous third party subpoenas,
8  and 17 depositions;
9  WHEREAS, Plaintiffs anticipate designating at least five expert witnesses
10 and Defendants anticipate designating approximately four expert witnesses;
11 WHEREAS, the parties require a short amount of additional time to
12 designate expert witnesses, have them prepare their reports, and conduct expert
13 witness depositions;
14 IT IS STIPULATED AND AGREED, by the parties, through their
15 undersigned counsel of record, that the expert deadlines be modified as follows:

| Matter | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert designations, including expert reports | September 22, 2008 | October 6, 2008 |
| Supplemental designations, including expert reports | October 14, 2008 | October 20, 2008 |
| Expert discovery cut-off date | November 10, 2008 | November 26, 2008 |

The parties do not believe that the extensions of time requested by this Stipulation require the extension of any other dates contained in the Amended Status

1   (Pretrial Scheduling) Order dated August 12, 2008, and they respectfully request the
2   Court to enter this Stipulation as an order of the Court.
3   Dated:  September 15, 2008               SUNTAG & FEUERSTEIN
                                              A Professional Corporation
4
5                                             By:   /s/ Dana A. Suntag
                                                   DANA A. SUNTAG
6                                                  Attorneys for Defendants
7   Dated:  September 15, 2008                    FRANCK AND ASSOCIATES
8
                                              By:   /s/ Herman Franck
9                                                  HERMAN FRANCK
                                                   Attorneys for Plaintiffs
10                          O R D ER
11          IT IS SO ORDERED.
12
13  Dated: September 15, 2008
14                                            _____
                                              FRANK C. DAMRELL, JR.
15                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION
OF TIME RE EXPERT WITNESS  DATES              3