UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SUSAN LYNN ADAMS, ROBERT SKIPTON BARRINGTON, SR.

    Plaintiffs,

 v.

DEPUTY MICHAEL NOCON, DEPUTY DAVID BRUEGAL, DEPUTY SETO, DEPUTY DAVIS

    Defendants.

Case No. 2:07-CV-2083-FCD-EFB

MEMORANDUM AND ORDER

----oo0oo----

  This matter is before the court on plaintiff Robert Skipton Barrington, Sr.'s Application for an Order Shortening Time to hear a Motion to Extend the Discovery Cut Off and Modify the Scheduling Order. Defendants oppose the motion. The court has reviewed the submissions of the parties and does not find good cause to hear the underlying motion on an expedited briefing

schedule. Therefore, plaintiff's Application is DENIED.[1]
Plaintiff shall contact Michele Krueger (916-930-4163) for the next available hearing date.

    IT IS SO ORDERED.

DATED: September 30, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] To the extent that plaintiff seeks an abbreviated briefing schedule due to the scheduled hearing date on the motion to quash, plaintiff may re-notice this motion, if necessary, after the court renders its decision on the underlying motion.

2