IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN LYNN ADAMS, ROBERT
SKIPTON BARRINGTON, SR.,

        Plaintiffs,

vs.

DEPUTY MICHAEL NOCON, DEPUTY
DAVID BRUEGAL, DEPUTY SETO,
DEPUTY DAVIS,

        Defendants.

No. CIV S-07-2083 FCD EFB

ORDER

      Presently pending before this court is plaintiffs' Motion to Quash or Modify Subpoena, noticed for hearing on this court's October 15, 2008 law and motion calendar. However, the discovery deadline in this case was September 8, 2008. *See* Amended Scheduling Order filed Aug. 12, 2008. Moreover, on September 30, 2008, the district judge denied plaintiffs' Application for an Order Shortening Time to Hear a Motion to Extend the Discovery Cut Off and Modify the Scheduling Order, without prejudice to hearing the matter pursuant to a regularly noticed motion. The district judge stated in pertinent part, "[t]o the extent that plaintiff seeks an abbreviated briefing schedule due to the scheduled hearing date on the motion to quash, plaintiff may re-notice this motion, if necessary, after the court renders its decision on the underlying

1

motion." *See* Order filed Sept. 30, 2008, n. 1.

This court has no authority to consider a discovery motion after close of discovery.  If plaintiffs prevail on their motion to modify the discovery deadline, they may renotice their motion before this court.

Accordingly, it is HEREBY ORDERED that plaintiffs' Motion to Quash or Modify Subpoena (Dckt. No. 54) and the October 15, 2008, hearing on the motion are VACATED.

SO ORDERED.

DATED:  October 1, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE