1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:    (209) 943-0905
5  Dana@Suntag-Feuerstein.com

6  MATTHEW P. DACEY (California State Bar #196943)
   Deputy County Counsel
7  OFFICE OF THE COUNTY COUNSEL
    OF SAN JOAQUIN
8  County of San Joaquin
   Courthouse - Room 711
9  222 East Weber Avenue
   Stockton, California  95202
10 Telephone:  (209) 468-2980

11 Attorneys for Defendants

12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15

16 SUSAN LYNN ADAMS, et al.,              )   **No. 2:07-CV-2083-FCD-EFB**
                                          )
17          Plaintiffs,                   )   **STIPULATION AND ORDER FOR**
                                          )   **LIMITED EXTENSION OF**
18       v.                               )   **DISCOVERY CUT OFF DATE,**
                                          )   **WITHDRAWAL OF PENDING**
19 DEPUTY MICHAEL NOCON, et al.,          )   **DISCOVERY MOTIONS, AND**
                                          )   **LIMITED EXTENSION OF**
20          Defendants.                   )   **EXPERT DISCLOSURE AND**
                                          )   **EXPERT REPORT FILING DATE**
21                                        )
   _____)
22

23

24

25

26

27

28

STIPULATION AND ORDER FOR
LIMITED EXTENSION OF TIME, ETC.           1

1         WHEREAS, on or about August 14, 2008, Defendants issued a subpoena
2 duces tecum to the San Francisco Credit Union seeking certain financial information of
3 Plaintiff Robert Barrington's; the subpoena was returnable on September 3, 2008;
4         WHEREAS, the discovery cut off is September 8, 2008;
5         WHEREAS, on October 1, 2008, Plaintiffs filed an amended motion to
6 extend the discovery cut off for purposes of a motion to quash/for a protective order and
7 filed an amended motion to quash/for a protective order as to the subpoena to the San
8 Francisco Credit Union; they also gave notice of the motion to quash/for a protective
9 order to the attorney service that had served the subpoena and requested that no
10 documents be produced pending the hearing on their motions;
11         WHEREAS, the hearing on Plaintiffs' motion to extend the discovery cut
12 off is scheduled for October 31, 2008, and the hearing on their motion to quash/for a
13 protective order is scheduled for November 12, 2008;
14         WHEREAS, on October 3, 2008, defense counsel learned that the San
15 Francisco Credit Union has no records responsive to the subpoena and that the records
16 are apparently in the possession of the San Francisco Police Credit Union;
17         WHEREAS, pursuant to this Court's August 12, 2008, Amended Status
18 Order and a subsequent stipulation and order, the parties were required to efile their
19 expert witness disclosures and expert witness reports by October 6, 2008;
20         WHEREAS, Plaintiffs personally served their expert witness disclosures
21 and expert witness reports on defense counsel on October 6, 2008, but did not file them
22 until October 7, 2008;
23         IT IS STIPULATED AND AGREED, by the parties, through their
24 undersigned counsel of record:
25         1.    The discovery cut off is extended through and including
26 December 15, 2008, solely to allow Defendants to issue and serve a new subpoena
27
28

1  duces tecum to the San Francisco Police Credit Union and to allow Plaintiffs to seek to
2  quash or modify the subpoena or for a protective order as to the subpoena.
3    2. This stipulation renders Plaintiffs' pending amended motion to
4  extend the discovery cut off and amended motion to quash/for a protective order moot,
5  and Plaintiffs request that each of these motions be withdrawn from the Court's
6  calendar;
7    3. The deadline for filing expert witness disclosures and expert
8  witness reports is extended, retroactively, to October 7, 2008, so that Plaintiffs' expert
9  witness disclosures and expert witness reports, which were filed on that date, are
10 deemed timely filed in accordance with the Court's August 12, 2008, Amended Status
11 Order (as extended by subsequent stipulation and order).
12   The parties do not believe that relief requested by this Stipulation requires
13 the extension of any other dates contained in the Amended Status Order, and they
14 respectfully request the Court to enter this Stipulation as an order of the Court.

Dated: October 8, 2008    SUNTAG & FEUERSTEIN
            A Professional Corporation

            By: /s/ *Dana A. Suntag*
            DANA A. SUNTAG
            Attorneys for Defendants

Dated: October 8, 2008    FRANCK AND ASSOCIATES

            By: /s/ *Herman Franck*

            HERMAN FRANCK

Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: October 9, 2008    [signature]
            FRANK C. DAMRELL, JR.
            UNITED STATES DISTRICT JUDGE