UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUSAN ADAMS, et. al.,

    Plaintiffs,                       No. CIV S-07-2083 FCD EFB

    v.

MICHAEL NOCON, et. al.,             **RELATED CASE ORDER**

    Defendants.
_____/

ROBERT BARRINGTON,

    Plaintiff,                        No. CIV S-08-2420 LKK GGH

    v.

SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT,

    Defendant.
_____/

    Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated, CIV S-08-2420 LKK GGH is reassigned to Judge Frank C. Damrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as: CIV S-08-2420 FCD EFB.

IT IS FURTHER ORDERED that the Clerk of Court issue an Order Requiring a Joint Status Report for the undersigned.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: October 30, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE