IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN LYNN ADAMS, et al.

     Plaintiffs,                              CIV-S-07-2083 FCD EFB

     vs.

DEPUTY MICHAEL NOCON, et al.,        <u>ORDER</u>

     Defendants.

_____/

On November 4, 2008, defendants filed a motion to compel expert discovery, noticed for hearing on December 3, 2008, to obtain an order of this court designating the appropriate fee for three expert witness depositions, and to designate the place that one of the depositions would take place.  Defendants noted that "[s]ince this motion will not be heard until after the expert witness discovery cut-off of November 26, 2008, Defendants request a reasonable extension of the expert witness discovery cut off . . . ."  Dckt. No. 89, at p. 2.

The deadline for expert discovery in this case remains November 26, 2008.  Dckt. No. 59. On October 9, 2008, the district judge extended the fact discovery cut off of September 8, 2008, to December 15, 2008, "solely to allow Defendants to issue and serve a new subpoena duces tecum to the San Francisco Police Credit Union and to allow Plaintiffs to seek to quash or modify the subpoena or for a protective order as to the subpoena."  *See* Order filed October 9,

2008, Dckt. No. 83, at pp. 2-3.  The expert discovery deadline was not extended past the current deadline of November 26, 2008.  This court has no authority to consider a discovery motion after close of discovery.

Accordingly, the December 3, 2008, hearing on plaintiffs' discovery motion filed November 4, 2008 (Dckt. No. 89), is hereby VACATED.

SO ORDERED.

DATED:  November 12, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2