1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:   (209) 943-0905
5  Dana@Suntag-Feuerstein.com

6  MATTHEW P. DACEY (California State Bar #196943)
   Deputy County Counsel
7  OFFICE OF THE COUNTY COUNSEL
    OF SAN JOAQUIN
8  County of San Joaquin
   Courthouse - Room 711
9  222 East Weber Avenue
   Stockton, California  95202
10 Telephone:  (209) 468-2980

11 Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LYNN ADAMS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEPUTY MICHAEL NOCON, et al.,<br><br>        Defendants.<br>_____ | **No. 2:07-CV-2083-FCD-EFB**<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR AN ORDER SHORTENING TIME FOR THE HEARING ON THEIR MOTION TO EXTEND THE EXPERT DISCOVERY CUT-OFF FOR LIMITED PURPOSES**<br><br>**[No hearing set]** |

1   The Court, having reviewed Defendants' Application for an order
2   shortening time for the hearing on their motion to extend the expert discovery cut-off,
3   and all accompanying papers, and any papers filed in opposition to the Application,
4   rules as follows:
5   GOOD CAUSE appearing therefor, the Application is GRANTED.
6   An Opposition, if any, to the motion shall be served and filed by
7   November 21, 2008.
8   A Reply, if any, to the Opposition shall be served and filed by November
9   24, 2008.
10   The Court will notify the parties if a hearing is required.

Dated: November 17, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE