DANA A. SUNTAG (California State Bar #125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:    (209) 943-0905
Dana@Suntag-Feuerstein.com

MATTHEW P. DACEY (California State Bar #196943)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
 OF SAN JOAQUIN
County of San Joaquin
Courthouse - Room 711
222 East Weber Avenue
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LYNN ADAMS, et al., | **No. 2:07-CV-2083-FCD-EFB** |
| Plaintiffs, | **STIPULATION AND ORDER FOR LIMITED EXTENSION OF DISCOVERY CUT OFF DATE FOR PURPOSES OF ONE OUTSTANDING DOCUMENT SUBPOENA DUCES TECUM** |
| v. | |
| DEPUTY MICHAEL NOCON, et al., | |
| Defendants. | |
| _____ | |

STIPULATION AND ORDER FOR
LIMITED EXTENSION OF DISCOVERY CUT OFF          1

1   WHEREAS, on or about August 14, 2008, Defendants issued a subpoena
2 duces tecum to the San Francisco Credit Union seeking certain financial information of
3 Plaintiff Robert Barrington's;
4   WHEREAS, defense counsel subsequently learned that the San Francisco
5 Credit Union has no records responsive to the subpoena and that the records are,
6 instead, apparently in the possession of the San Francisco Police Credit Union (the
7 "SFPCU");
8   WHEREAS, on or about October 8, 2008, the parties entered into a
9 stipulation, which was so ordered on October 9, 2008, under which the discovery cut-off
10 was extended to December 15, 2008, solely to allow Defendants to issue a subpoena
11 duces tecum to the SFPCU and to obtain documents;
12   WHEREAS, on or about October 9, 2008, Defendants' counsel issued the
13 subpoena to the SFPCU;
14   WHEREAS, the SFPCU retained counsel to respond to the subpoena (the
15 Scheer Law Group, located in San Rafael, California);
16   WHEREAS, counsel for the parties and for SFPCU have engaged in
17 discussions and have met and conferred regarding the scope of the subpoena, which
18 requires the production of financial information relating to Plaintiff Robert Barrington;
19   WHEREAS, after much negotiation and discussion, it appears the parties
20 and SFPCU have reached agreement on limiting the scope of the subpoena, which will
21 avoid various discovery motions, such as threatened motions for a protective order or to
22 quash or a motion to compel;
23   WHEREAS, counsel for the SFPCU has represented to counsel that the
24 SFPCU has been gathering the documents, but the SFPCU has not yet produced the
25 documents;
26   IT IS STIPULATED AND AGREED, by the parties, through their
27 undersigned counsel of record that the discovery cut off be extended through and
28

STIPULATION AND ORDER FOR
LIMITED EXTENSION OF DISCOVERY CUT OFF    2

1  including January 15, 2009, solely with respect to all issues relating to the subpoena
2  duces tecum to the SFPCU.
3        The parties do not believe that relief requested by this Stipulation requires
4  the extension or change of any other pretrial dates, and they respectfully request the
5  Court to enter this Stipulation as an order of the Court.

6  Dated: December 11, 2008        SUNTAG & FEUERSTEIN
                                              A Professional Corporation

8                                                By:   /s/ *Dana A. Suntag*
                                                         DANA A. SUNTAG
9                                                           Attorneys for Defendants

10  Dated: December 11, 2008        FRANCK AND ASSOCIATES

12                                                By:   /s/ *Herman Franck*
                                                         HERMAN FRANCK
                                                         Attorneys for Plaintiffs

15  **IT IS SO ORDERED.**

17  Dated: December 11, 2008
18                                        FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE