Herman Franck, Esq. (SB # 123467)
Elizabeth Vogel, Esq. (SB # 245772)
**Franck & Associates**
Attorneys at Law
1801 7th Street, Suite 150
Sacramento, CA 95811
Tel. (916) 447-8400
Fax (916) 447-0720

Attorneys for Plaintiffs
Susan Lynn Adams & Robert Barrington

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LYNN ADAMS, ROBERT SKIPTON BARRINGTON, SR.<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUTY MICHAEL NOCON, DEPUTY DAVID BRUEGAL, DEPUTY SETO, DEPUTY DAVIS<br><br>Defendants. | Case No. 07-CV-2083-FCD-EFB<br><br>**ORDER ON MOTION TO COMPEL DEPOSITIONS OF DRS. HOFF, HINES, AND MONTGOMERY**<br><br>Date: January 7, 2009<br>Time: 10:00 a.m.<br>Courtroom: 25 |

Defendants' Motion to Compel the Depositions of Drs. Hoff, Hines, and Montgomery without paying an expert witness fee and (as to Dr. Hines) at the location of defendants' counsel's office in Stockton, California, came on regularly for hearing on January 7, 2009 at 10:00 am in Courtroom 25 of the above-entitled court, Honorable Edmund F. Brennan, United States Magistrate Judge, presiding.

The court has reviewed the papers submitted in support of, and in opposition to, the motion, and has considered the arguments of counsel given during the hearing on this motion.

GOOD CAUSE appearing therefore, the court hereby ORDERS as follows:

1. Defendants' Motion to Compel the Depositions of Doctors Hoff, Hines, and Montgomery without paying an expert witness fee and (as to Dr. Hines) at the location of defendants' counsel's office in Stockton, California, is DENIED.

The Court finds that Dr. Hoff's request for payment of an expert witness fee of $1000 per hour is unreasonable. Defendants shall pay Doctors Hoff, Hines, and Montgomery an expert witness fee of $500 per hour for their depositions, with each deposition not to exceed three hours.

The deposition of Dr. Hines shall occur at his office or as otherwise may be agreed on.

SO ORDERED.

_____                    Dated: January __9__, 2009
Edmund F. Brennan
United States Magistrate Judge


APRROVED AS TO FORM


SUNTAG & FEUERSTEIN
A Professional Corporation


 /s/ Dana A. Suntag_____             Date:   January 7, 2009
Dana A. Suntag, Esq.
Attorney for Defendants
Michael Nocon, David Bruegel,
John Davis and Kahekili Seto