Herman Franck, Esq. (SB # 123476)
Elizabeth Vogel, Esq. (SB # 245772)
Franck & Associates
1801 7th Street, Suite 150
Sacramento, CA 95811
Tel. (916) 447-8400; Fax (916) 447-0720

Attorney for Plaintiffs
Susan Lynn Adams and Robert Barrington

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFONIA

| | |
|---|---|
| SUSAN LYNN ADAMS AND ROBERT SKIPTON BARRINGTON,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DEPUTY MICHAEL NOCON, DEPUTY DAVID BRUEGAL, DEPUTY SETO, DEPUTY DAVIS,<br><br>            Defendants. | Case No. 2:07-CV-2083-FCD-EFB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (V.D.R.P.) PURSUANT TO LOCAL RULE 16-271** |
| ROBERT SKIPTON BARRINGTON, SR.<br><br>            Plaintiff,<br><br>     vs.<br><br>SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT,<br><br>            Defendants. | Case No. 2:08-CV-2420-FCD-EFB |

/ / /

/ / /

Stipulation and Order to Elect Referral of Action
To Voluntary Dispute Resolution Program (VDRP)                    1

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

SO AGREED.

_____/s/_____        Dated: June ____, 2009
Herman Franck, Esq.
Franck & Associates
Attorney for Plaintiffs Susan Lynn Adams and
Robert Skipton Barrington


_____/s/_____     Date: June____, 2009
Dana A. Suntag, Esq.
SUNTAG & FEUERSTEIN
Attorney for Defendants
Nocon, Bruegal, Seto and Davis


_____/s/_____        Dated: June ___, 2009
Anthony Vignolo, Esq.
M.Max Steinheimer, Esq.
DOWNEY BRAND L.L.P.
Attorney for Defendant County of San Joaquin


**IT IS SO ORDERED.**

Dated: July 9, 2009                   _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE