1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:   (209) 943-0905
5  Dana@Suntag-Feuerstein.com

6  MATTHEW P. DACEY (California State Bar #196943)
   Deputy County Counsel
7  OFFICE OF THE COUNTY COUNSEL
    OF SAN JOAQUIN
8  County of San Joaquin
   44 North San Joaquin Street, Suite 679
9  Stockton, California  95202
   Telephone:  (209) 468-2980
10

11 Attorneys for Defendants
   in Case No. 07-2083

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| SUSAN LYNN ADAMS, et al.,            )<br>                                      )<br>        Plaintiffs,                  )<br>                                      )<br>    v.                                )<br>                                      )<br>DEPUTY MICHAEL NOCON, et al.,         )<br>                                      )<br>        Defendants.                   )<br>                                      )<br>_____)<br>ROBERT SKIPTON BARRINGTON,            )<br>                                      )<br>        Plaintiff,                    )<br>                                      )<br>    v.                                )<br>                                      )<br>COUNTY OF SAN JOAQUIN, et al.,        )<br>                                      )<br>        Defendants.                   )<br>                                      )<br>_____) | **No. CIV S-07-2083 FCD EFB**<br><br>**STIPULATION AND ORDER FOR HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE ACTIONS ON SHORTENED TIME**<br><br>**[No hearing set]**<br><br><br>**No. CIV. S-08-2420 FCD EFB** |

STIPULATION AND ORDER RE
HEARING ON SHORTENED TIME                1
ON MOTION TO CONSOLIDATE

1  WHEREAS, Defendants in these related cases are filing a motion to
2  consolidate the two cases;
3  WHEREAS, the trial in Case No. 07-2083 is scheduled for February 23,
4  2010, and the final pretrial conference is scheduled for December 11, 2009, with all
5  filings for the final pretrial conference due on December 4, 2009;
6  WHEREAS, the trial in Case No. 08-2420 is scheduled for December 7,
7  2010, and the final pretrial conference is scheduled for October 8, 2010, with all filings
8  for the final pretrial conference due on October 1, 2010;
9  WHEREAS, in the motion to consolidate, Defendants will ask the Court to
10 consolidate the matters for trial on December 7, 2010, and to vacate the trial and final
11 pretrial conference dates in Case No. 07-2083;
12 WHEREAS, the parties wish the motion to consolidate to be heard in
13 advance of the final pretrial conference and final pretrial conference filings in
14 Case No. 07-2083;
15 IT IS STIPULATED AND AGREED:
16 The hearing on Defendants' motion to consolidate be heard on shortened
17 time at the earliest possible date that is convenient for the Court.

Dated: November 10, 2009    FRANCK AND ASSOCIATES

By: __/s/ Herman Franck__
     HERMAN FRANCK
     Attorneys for Plaintiffs

Dated:  November 10, 2009    SUNTAG & FEUERSTEIN
                             A Professional Corporation


By: __/s/ Dana A. Suntag__
     DANA A. SUNTAG
     Attorneys for Defendants
     MICHAEL NOCON, DAVID
     BRUEGEL, KAHEKILI SETO, and
     JOHN DAVIS

STIPULATION AND ORDER RE
HEARING ON SHORTENED TIME    2
ON MOTION TO CONSOLIDATE

Dated: November 10, 2009                                    DOWNEY BRAND LLP

By:   /s/ *Anthony Vignolo*
      ANTHONY VIGNOLO
      Attorneys for Defendant COUNTY
      OF SAN JOAQUIN

O R D ER

IT IS SO ORDERED. The hearing on Defendants' motion to consolidate these cases shall be heard at 10:00 a.m. on November 25, 2009, in Courtroom 2. Plaintiffs shall file their opposition no later than 12:00 p.m. on Thursday, November 19, 2009. Defendants shall file their reply brief no later than 4:00 p.m. on Monday, November 23, 2009.

Dated: November 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE